UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JUDITH A. JAYNES, NATIONWIDE
ANESTHESIA SERVICES, INC. and
NATIONWIDE ANESTHESIA
PARTNERS, INC.,**

        **Plaintiffs,**

**v.**                                                **Case No:  6:17-cv-1156-Orl-41TBS**

**THOMAS L. JOHNS,**

        **Defendant.**

                                              /

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation (Doc. 86), wherein the parties

stipulate to remand of this action. For the reasons set forth in the Stipulation, it is **ORDERED** that

this case is **REMANDED** to the Circuit Court of the Seventh Judicial Circuit in and for Volusia

County, Florida, Case No. 2017-10781-CIDL. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on November 16, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of the Court for the Seventh Judicial Circuit in and for Volusia County, Florida